■ In the Matter of ANDRE J. MELETTE, Also Known as ANTHONY ALLEN, Petitioner, v JEFFREY ATLAS, et al., Respondents. [741 NYS2d 415] —Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motion granted and the petition dismissed, without prejudice to raising the same or similar issues on direct appeal from the judgment of conviction in People v Melette, New York County, Indictment No. 7198/82, without costs or disbursements. No opinion. Concur—Tom, J.P., Andrias, Rubin, Friedman and Marlow, JJ.

■ In the Matter of DANIEL MANNING, Also Known as JERRY JACKSON, Petitioner, v BUDD GOODMAN, et al., Respondents. [741 NYS2d 415] —Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motion granted and the petition dismissed, without prejudice to raising the same or similar issues on direct appeal from the judgment of conviction, if any, in People v Manning, New York County, Indictment No. 6362/90, without costs or disbursements. No opinion. Concur—Tom, J.P., Andrias, Rubin, Friedman and Marlow, JJ.